**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-111-777 |
| | § | |
| | § | |
| | § | |
| FREDERICK SEARS | § | |

**ORDER**

Counsel for defendant Sears filed a motion to withdraw as counsel. (Docket Entry No. 33). The motion is GRANTED. Magistrate Judge Mary Milloy will appoint new counsel for this defendant.

SIGNED on December 7, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge