**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-777 |
| | § | |
| FREDERICK SEARS | § | |
| LAKRESHIA SMITH | § | |
| VERNON R. PARKER | § | |

**O R D E R**

Defendant Sears filed an unopposed motion for continuance, (Docket Entry No 66.). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 16, 2012 |
| Responses are to be filed by: | July 30, 2012 |
| Pretrial conference is reset to**:** | **August 2, 2012 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **August 6, 2012 at 9:00 a.m.** |

SIGNED on March 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge