**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § | CRIMINAL NO. H-11-777-3 |
| | § § § § | |
| VERNON PARKER JR. | § | |

## ORDER

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 150). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 16, 2013 at 9:00 a.m.**

SIGNED on November 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge