**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § § | CRIMINAL NO. H-11-0777 |
| VERNON R. PARKER, JR. | § | |

**ORDER**

The defendant's opposed motion to remove visitation restrictions for Lakreshia Shana Smith is granted. (Docket Entry No. 147). The government's basis for opposing the motion is inadequate to preclude visitation under the FDC's rules and policies.

SIGNED on November 21, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge